Supreme Lodge Knights of Pythias, a Corporation, Etc., Plaintiff in Error, v. Fannie E. Lipscomb, Defendant in Error.

(Supreme Court of Florida, April 18, 1905.)

Writ of Error to Circuit Court, Suwannee county; Bascom H. Palmer, Judge.

*Rivers H. Buford,* for Plaintiff in Error.

*Ira J. Carter* and *O. O. McCollum,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Writ of error dismissed on motion of counsel for the defendant in error.